#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE SOUTHERN DISTRICT OF ALABAMA
#### SOUTHERN DIVISION

| | |
|---|---|
| ALEX E. NEWTON and CURTIS W. GORDON, JR., ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 12-00205-KD-C |
| BP P.L.C., et al., ) ) | |
| Defendants. ) | |

#### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and no objections having been filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 8, 2012, is ADOPTED as the opinion of this Court.

Accordingly, plaintiff's motion to remand is GRANTED, and this action is REMANDED to the Circuit Court of Baldwin County, Alabama.

**DONE** and **ORDERED** this the 26th day of June, 2012.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**